**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Fernando Miguel Garcia, | No. CV-07-1289-PHX-DGC (JJM) |
| Petitioner, | **ORDER** |
| v. | |
| Katrina Kane, et al., | |
| Respondents. | |

Petitioner Fernando Garcia is in federal custody pending resolution of a 2005 order of removal against him. Petitioner has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Dkt. #1. United States Magistrate Judge Jacqueline Marshall has filed a Report and Recommendation ("R&R") recommending that the Court grant the petition and direct Respondents to provide a hearing to Petitioner before an Immigration Judge with the power to grant Petitioner bail unless the Government establishes that Petitioner is a flight risk or a danger to the community. Dkt. #20. Judge Marshall advised the parties that they had ten days to file objections to the R&R and that failure to file timely objections may be considered a waiver of the right to obtain de novo review of the R&R. *Id.* at 9 (citing *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc)).

The parties have not filed objections to the R&R, and the time for doing so has expired. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); Fed. R. Civ. P. 6(a), (e)). The lack of timely objections relieves the Court of its obligation to review the R&R. *See Reyna-Tapia*, 328 F.3d at 1121; *Thomas v. Arn*, 474 U.S. 140, 149 (1985) ("[Section 636(b)(1)]

1 does not . . . require any review at all . . . of any issue that is not the subject of an
2 objection."); Fed. R. Civ. P. 72(b)(3) ("The district judge must determine de novo any part
3 of the magistrate judge's disposition that has been properly objected to."). The Court
4 accordingly will accept the R&R and grant the petition. *See* 28 U.S.C. § 636(b)(1) (the
5 district court may accept, reject, or modify the recommendation of the magistrate judge); Fed.
6 R. Civ. P. 72(b)(3) (same).

**IT IS ORDERED:**

1. Magistrate Judge Jacqueline Marshall's R&R (Dkt. #20) is **accepted**.
2. Petitioner's petition for writ of habeas corpus (Dkt. #1) is **granted**.
3. Respondents shall, within **30 days** from the date of this order, provide a hearing to Petitioner before an Immigration Judge with the power to grant Petitioner bail unless the Government establishes that Petitioner is a flight risk or a danger to the community.
4. The Clerk is directed to **terminate** this action.

DATED this 28th day of April, 2009.

*/s/ Daniel G. Campbell*
David G. Campbell
United States District Judge